# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEJIA AVILA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:23-cv-01440-SAB<br><br>ORDER GRANTING MOTION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 23) |

Before the Court is Defendant's motion to extend the time in which to file dispositional documents, in light of the recent government shutdown. Though Defendant does not give a date or timeframe, the Court finds a forty-five-day extension appropriate under the circumstances. For good cause shown, the Court hereby GRANTS the motion and ORDERS that the parties shall have through **November 28, 2025**, to file dispositional documents. Any subsequent extension must also be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: __**October 2, 2025**__

STANLEY A. BOONE
United States Magistrate Judge